UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHELLE JACKSON,

Plaintiff,

-against-

SATTERFIELD AND PONTIKES CONSTRUCTION, INC., STV INCORPORATED, ROBERT HENESY and ROBERT KIPP,

Defendants.

Case No.: 1:20-cv-01862 (WFK)(RLM)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the undersigned, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed or a conservatee, and no person not a party has an interest in the subject matter of this action, all claims in this action against Defendants Satterfield and Pontikes Construction, Inc., STV Construction, Inc. (improperly named in the caption as STV Incorporated), Robert Henesy and Robert Kipp are hereby dismissed and discontinued with prejudice and without attorneys' fees, expenses and costs to any party.

Dated: New York, New York
December 2, 2020

PHILLIPS & ASSOCIATES PLLC

[signature]
Greg Calliste, Esq.
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431
gcalliste@tpglaws.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

s/ Elior Shiloh
Elior Shiloh, Esq.
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300
Elior.Shiloh@lewisbrisbois.com
*Attorneys for Defendants Satterfield and Pontikes Construction, Inc., Robert Henesy and Robert Kipp*

The application is granted.
SO ORDERED.
s/ WFK
William F. Kuntz, II U.S.D.J.
Dated: December 11, 2020

SEYFARTH SHAW LLP

/s/ Gena B. Usenheimer
_______________________________
Gena Usenheimer, Esq.
620 Eighth Avenue
New York, New York 10018
(212) 218-3507
gusenheimer@seyfarth.com
*Attorneys for Defendant STV Construction, Inc.*

SO ORDERED:

_______________________________
U.S.D.J.